No. 60866.—D. P. Harris Hdw. & Mfg. Co., Inc., and American Shipping Co., Inc. v. United States, protest 213779–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the prop cycle stands in question are not necessary or essential to the efficient operation of a bicycle and that said prop cycle stands are bicycle accessories, wholly or in chief value of base metal, the claim of the plaintiffs was sustained.